# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

v.                          Case No.: 5:21cr17-MW/MJF

**TYLER WESLEY SHELTON,**

    *Defendant.*
_____/

## ORDER GRANTING IN PART AND DENYING IN PART 28 U.S.C. § 2255 MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

This Court has considered, without hearing, Defendant's 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence. ECF No. 67. As set out in the Government's pending motion to dismiss the indictment, they oppose the substance of Defendant's motion but not the relief sought. *See* ECF No. 71 at 18–19. In other words, while the Government does not agree with all of the factual allegations or legal bases set out in Defendant's motion, they agree that his conviction and sentence should be vacated.[1] Accordingly,

**IT IS ORDERED**:

1. Defendant's 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence, ECF No. 67, is **GRANTED in part** and **DENIED in part**.

---

[1] Because the parties agree on the end result here, this Court need not—and does not—rule on the substance of the motion.

2. The motion is **GRANTED** insofar as Defendant's judgment of conviction and sentence, ECF No. 47, are **VACATED**.[2]

3. The remainder of the motion is **DENIED as moot**.

4. The Bureau of Prisons shall release Defendant Tyler Wesley Shelton from custody **on or before Friday, March 15, 2024.**

5. The Clerk and parties shall take all necessary steps to inform the Bureau of Prisons of this Order.

**SO ORDERED on March 5, 2024.**

                                      s/Mark E. Walker  
                                      **Chief United States District Judge**

---

[2] This Court will dismiss Defendant's indictment, on the Government's motion, by separate order.