IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  Case No.: 5:21cr17-MW/MJF

TYLER WESLEY SHELTON,

   *Defendant.*
_____/

## ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT

This Court has considered, without hearing, the Government's motion to dismiss the indictment. ECF No. 71. The motion is **GRANTED**. The operative indictment in this case, ECF No. 1, is **DISMISSED**. The Clerk shall close the file.

**SO ORDERED on March 5, 2024.**

                                         s/Mark E. Walker
                                         **Chief United States District Judge**